■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO MENDOZA, Appellant. [757 NYS2d 780] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered June 14, 2001, convicting him of sexual abuse in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that certain comments made by the prosecutor during cross-examination and summation constituted reversible error is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Harris,* 98 NY2d 452, 491 n 18 [2002]; *People v Gray,* 86 NY2d 10, 20-21 [1995]; *People v Dien,* 77 NY2d 885 [1991]; *People v Smith,* 298 AD2d 607 [2002]). In any event, the prosecutor's comments were within the bounds of permissible rhetorical comment, were a fair response to the defense counsel's direct examination and summation (*see*

*People v Galloway,* 54 NY2d 396 [1981]; *People v Ashwal,* 39 NY2d 105, 109 [1976]; *People v Clemmings,* 300 AD2d 672 [2002]; *People v Valdes,* 291 AD2d 513, 514 [2002]; *People v Russo,* 201 AD2d 512, 513 [1994], *affd* 85 NY2d 872 [1995]), or were harmless under the circumstances of this case. S. Miller, J.P., Goldstein, McGinity and Mastro, JJ., concur.